1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I St., Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6
                IN THE UNITED STATES DISTRICT COURT
7
              FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA,       )
                                   )
11            Plaintiff,           )   CR. No. S-07-0540 WBS
                                   )
12        v.                       )
                                   )   MOTION TO DISMISS INDICTMENT
13 GUILLERMO UGALDE-REYNA,         )   and [PROPOSED] ORDER
                                   )   DISMISSING INDICTMENT
14            Defendant.           )
   _____ )
15

16      Pursuant to Rule 48(a) of the Federal Rules of Criminal

17 Procedure, Plaintiff, United States of America, by and through its

18 undersigned attorney, asks the Court to file an order dismissing

19 the indictment against Guillermo Ugalde-Reyna, filed on December

20 6, 2007, in CR. No. S-07-0540 WBS.  On December 21, 2007, in the

21 courtroom of Magistrate Judge Edmund F. Brennan, the defendant

22 pleaded guilty to a superseding information charging a misdemeanor

23 violation of 8 U.S.C. § 1325(a)(1) - illegal entry by an alien.

24 ///

25 ///

26 ///

27 ///

28 ///

                                    1

1 | The defendant waived appeal and was sentenced to two (2) months
2 | confinement.
3 |                             Respectfully Submitted
4 | DATED:                      McGREGOR W. SCOTT
                                United States Attorney
5 |
                                By /s/ Kyle Reardon
6 |                             KYLE REARDON
                                Assistant U.S. Attorney
7 |
8 |
9 |                              O R D E R
10 |
11 | APPROVED AND SO ORDERED:
12 |
13 |
     DATED:  January 23, 2008
14 |
15 |                    _____
                        WILLIAM B. SHUBB
16 |                    UNITED STATES DISTRICT JUDGE